**EXHIBIT 4**

03/29/2006  12:59   7034251567
02/20/2006 10:52 FAX  8318264582            NEIS      ALVIN BROWN & ASSOC.                    PAGE  05/16
                                                                                              @ 002/002
MAY-13-1999  18:58           IRS SALINAS                                  831 771 1234  P.02

**Internal Revenue Service**
COLLECTION DIVISION
55 PLAZA CIR., A-200                                    Department of the Treasury
SALINAS, CA. 93901                          Date: MAY 13, 1999   In reply refer to:
(831)771-1240 EXT# 16
                                                                    BY FAX

To: VICKI L. SEIDEL

DEAR MRS. SEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 12, 1999 CONCERNING
IRC SECTION 6672 FOR V.L. SEIDEL ELECTRIC, INC. YOU HAVE NOT BEEN HELD
TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER
IRC SECTION 6672 FOR V.L. SEIDEL ELECTRIC, INC. AS YOU KNOW THERE IS A
NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. SEIDEL FOR
THE IRC 6672 PENALTY. THOMAS E. SEIDEL IS THE PERSON WHO HAS DEEMED
RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

                                              [signature]
                                              STEPHEN PETRO
                                              REVENUE OFFICER
                                              BADGE # 77-01183

2

                                                                    TOTAL P.02