# SUPPLEMENTAL DECLARATION OF VICKI SEIDEL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

1. Declarant is a resident and citizen of the state of California.

2. I am over the age of 21 and if called to testify, am competent and willing to do so and would testify as follows:

3. I am married to Thomas E. Seidel.

4. Without notice and opportunity for a hearing, the United States wrongfully levied my bank account at Washington Mutual Bank, Account No. 0980711488 on about May 29, 2007.

5. The amount of money seized was $321.30.

6. On June 12, 2007, United States wrongfully attempted to levy 100% of my salary due to me from employment in the amount of about $4,400.00, ignoring statutory exemptions.

7. Both of the above seizures occurred in the absence of an assessment being made against me, and without granting me due process in the form of notice or hearing, and the opportunity for me to defend myself.

8. The levies against me are attempts to collect monies due from my husband for alleged Trust Fund Recovery Penalties for failure of his business T.E. Seidel Electric, Inc. to pay the proper amount of payroll taxes back in 1996.

9. I have been previously exonerated by the Internal Revenue Service of responsibility for any portion of these taxes by letter of IRS Agent Steve Penrod dated May 13, 1999.

10. Because the IRS seizures are against myself, a taxpayer not involved in the transactions which created the alleged debt, I have no adequate remedy excepting an equitable legal action against the IRS.

11. Because the levies are against me for 100% of my salary without exemption and I have minor children who are dependent for their sustenance, and because the sending of levies to my place of business have created havoc with my reputation and my credibility in the insurance community, I am suffering continuing irreparable harm.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct to the best of my personal knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT**

Dated 15th day of June, 2007.


_____/s/_____
Vicki R. Seidel