**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VICKI R. SEIDEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **CASE NO.: 5:07-CV-03141**<br><br>**[PROPOSED]** TEMPORARY RESTRAINING ORDER |

Pursuant to F.R.C.P. 65 and L.R. 65-1- c, on June 15, 2007, Plaintiff Vicki Renee Seidel filed a motion for a Temporary Restraining Order against the United States and its Representatives, the Secretary of the Treasury, and the Commissioner of the Internal Revenue Service.

After review of the pleadings and declarations contained in the Motion and the underlying complaint which is attached, the Motion is proper and adequately supported.

For good cause shown, the Court grants Plaintiff's Motion for a Temporary Restraining Order restraining the United States from all collection activities against Vicki Renee Seidel on account of a Trust Fund Recovery Penalty allegedly assessed against her husband Thomas E. Seidel for the unpaid payroll taxes of T. E. Seidel Electric, Inc.

It is further ordered that a preliminary injunction hearing in this matter is scheduled for June 29, 2007 to determine whether the restraining order shall be converted to a preliminary injunction.

The United States shall have seven days to and through June 25, 2007 to respond to the Plaintiff's motion.

The clerk is instructed to transmit a copy of this Order to all parties and counsel.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
RONALD M. WHYTE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28