**E-FILED**: 6/18/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON,<br><br>      Defendants. | No. CR-06-00539 JF<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| VICKI R. SEIDEL,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. C-07-03141 RMW |

Plaintiff has filed a motion for temporary restraining order in case C-07-03141 RMW. Pursuant to Civil L.R. 3-12(c), this court *sua sponte* refers the above-captioned cases to District Judge Jeremy Fogel to consider whether these cases are related.

Dated:    6/18/07

*Ronald M Whyte*

Ronald M. Whyte
United States District Judge

JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES—C-07-02989 RMW
SPT

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Robert Alan Jones        rajltd@aol.com, jean@rajlv.com

4

5 **Counsel for Defendants:**

(NO SERVICE)

6

7

8 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10 **Dated:** 6/18/07                                        SPT
                                                                 **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28