**E-Filed 6/18/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKI R. SEIDEL,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case Number C 07-3141 JF<br><br>ORDER[1] RELATING CASES<br><br>[re: docket no. 8] |

       A Sua Sponte Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to the earlier filed case, CR 06-539 JF, I find that the more recently filed case, C 07-3141 RMW, is related to the case assigned to me, and that the later filed case should be reassigned to me.

       Counsel are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by F.R.Civ.P. 16 and 26 accordingly.

---

    [1] This disposition is not designated for publication and may not be cited.

Case No. C 07-3141 JF
ORDER RELATING CASES
(JFLC1)

1  Any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a
2  case management order continue to govern, except dates for appearance in court, which will be
3  rescheduled.

5  IT IS SO ORDERED.

8  DATED: June 18, 2007

_____
JEREMY FOGEL
United States District Judge

2

1  This Order has been served upon the following persons:

2  Gary G. Fry                     gary.fry@usdoj.gov

3  Robert Alan Jones               rajltd@aol.com, jean@rajlv.com

4  Eugene Jesus Martinez           ejmlawoffice@aol.com, denisegarcia_ejmlaw@hotmail.com

5  John A. McCahill                jmccahill@rfem.com

6

7  Chris Dietrich
   11300 West Olympic Boulevard
   Suite 800
8  Los Angeles, CA 90064

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-3141 JF
ORDER RELATING CASES
(JFLC1)