**E-Filed 6/18/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

VICKI R. SEIDEL,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case Number C 07-3141 JF

ORDER[1] DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

[re: docket no. 7]

Having reviewed the submissions of Plaintiff, the Court concludes that the motion for a temporary restraining order should be DENIED. The parties shall appear for a hearing regarding preliminary injunctive relief on July 6, 2007 at 9.00 a.m. Each party may submit a brief, limited to ten pages, on or before June 29, 2007.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

DATED: June 18, 2007

JEREMY FOGEL
United States District Judge

2

Case No. C 07-3141 JF
ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER
(JFLC1)

This Order has been served upon the following persons:

| | |
|---|---|
| Gary G. Fry | gary.fry@usdoj.gov |
| Robert Alan Jones | rajltd@aol.com, jean@rajlv.com |
| Eugene Jesus Martinez | ejmlawoffice@aol.com, denisegarcia_ejmlaw@hotmail.com |
| John A. McCahill | jmccahill@rfem.com |

Chris Dietrich
11300 West Olympic Boulevard
Suite 800
Los Angeles, CA 90064

3

Case No. C 07-3141 JF
ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER
(JFLC1)