Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE**

| | |
|---|---|
| **VICKI R. SEIDEL**  )<br>  )<br>       Plaintiff,  )<br>  v.  )<br>  )<br>  )<br>**UNITED STATES OF AMERICA,**  )<br>       Defendant.  )<br>  )<br>_____ ) | CASE NO: <u>5:07-CV-03141 - JF</u> |

## **ERRATA**

Plaintiff, Vicki R. Seidel, by and through her counsel, Robert Alan Jones, hereby submits this *Errata* to its Complaint Filed June 14, 2007.

The Certificate of Service attached (see Attachment 1) is to replace the original Certificate of Service which did not list the correct parties and contact information.

Exhibit 2 to the Complaint is Notice of Levy on Vicki Seidel's bank account from Washington Mutual Bank, account no. 0980711488. In the course of preparing the exhibits, we inadvertently attached the wrong exhibit. The correct Exhibit 2 is attached (see Attachment 2).

1  DATED: This 19th day of June, 2007.

2                                                                                                            Respectfully submitted,

*/s/ Robert Alan Jones*
Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com


*/s/ Chris Dietrich*
CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

**CERTIFICATE OF SERVICE**

This is to certify that on June 19, 2007, I caused to be served the foregoing **ERRATA TO COMPLAINT,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

United States Attorney
Scott N. Schools, USA
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415-436-7200)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202-353-1555)

Commissioner of Internal Revenue
Mark W. Everson
1111 Constitution Avenue NW
Washington, DC 20224-0002

Dated this 19th day of June, 2007.

*/s/ Stephanie Burton*
Office of Robert Alan Jones