**ATTACHMENT 1**

## CERTIFICATE OF SERVICE

This is to certify that on June 19, 2007, I caused to be served the foregoing **COMPLAINT**, by First Class U.S. Mail, postage paid envelope, to the following:

United States Attorney
Scott N. Schools, USA
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415-436-7200)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202-353-1555)

Commissioner of Internal Revenue
Mark W. Everson
1111 Constitution Avenue NW
Washington, DC 20224-0002

Dated this 19th day of June, 2007.

/s/ Stephanie Burton
Office of Robert Alan Jones