Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

**VICKI R. SEIDEL**

      Plaintiff,

      v.

**UNITED STATES OF AMERICA,**
      Defendant.

CASE NO: 5:07-CV-03141 - JF
Honorable Judge Jeremy Fogel
MOTION FOR LEAVE TO
FILE PARTIAL RECONSIDERATION
OF ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER

**MOTION FOR LEAVE TO FILE MOTION FOR
PARTIAL RECONSIDERATION OF ORDER
DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Comes now the defendant, Vicki R. Seidel, by and through her attorneys of record, Robert Alan Jones and Chris Dietrich, and pursuant to Local Rule 7-9(a) moves for leave to file motion for partial reconsideration of this Court's order denying her Motion for Temporary Restraining Order.

This motion, pursuant Local Rule 7-9(b) is based on the fact that this Honorable Court did not fully consider and rule upon the material facts and legal arguments dealing with the failure of the United States to issue the levy in proper legal form to the employer. The attached Motion for

Case No. C 07-3141 JF
MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION FOR TRO

1  partial reconsideration of plaintiff's Motion for temporary restraining order and the memorandum
2  of points and authorities attached demonstrate as a matter of law that the Notice of Levy delivered
3  to Marc Goodwin, Inc., her employer, is defective on its face, and its terms conflict with both the
4  Internal Revenue Code, and the Internal Revenue Service Internal Revenue Manual.
5     Therefore, at a minimum, the Commissioner of the Internal Revenue should be temporarily
6  enjoined from levying statutorily exempt portions of Mrs. Seidel's salary and wages. The
7  Commissioner should also be enjoined from levying on this non-assessed taxpayer's personal
8  50% interest in her salary in the community property state of California.
9     Counsel for plaintiff have contacted , AUSA David Denier, the government attorney
10 assigned to this case, and the office of the responsible Internal Revenue Service officer, and informed
11 them of the filing of the attached Motion for Partial Reconsideration.
12    WHEREFORE, the Plaintiff prays that the Court grant the instant motion granting the
13 Plaintiff Leave to File the attached Motion for Partial Reconsideration and accompanying
14 memorandum in support.
15 DATED: This 22nd day of June, 2007.

                                    Respectfully submitted,


                                    /s/ Robert Alan Jones
                                    Robert Alan Jones, Esq.
                                    *Pro hac vice*
                                    RAJ LIMITED, PC
                                    1061 East Flamingo Road, Suite #7
                                    Las Vegas, Nevada 89119
                                    (702) 791-0742 Telephone
                                    (702) 736-0773 Facsimile
                                    Rajltd@aol.com


                                    /s/ Chris Dietrich
                                    CHRIS DIETRICH, Bar No. 092592
                                    11300 West Olympic Boulevard
                                    Suite 800
                                    Los Angeles, California 90064
                                    (310) 312-6888

Case No. C 07-3141 JF
MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION FOR TRO

# CERTIFICATE OF SERVICE

This is to certify that on June 22, 2007, I caused to be served the foregoing **MOTION FOR LEAVE TO FILE PARTIAL RECONSIDERATION OF ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

United States Attorney
Scott N. Schools
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415-436-7200)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202-353-1555)

Commissioner of Internal Revenue
Mark W. Everson
1111 Constitution Avenue NW
Washington, DC 20224-0002

Additionally:
by fax:

AUSA David L. Denier
9TH FLOOR
FEDERAL BUILDING
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102
(408) 535-5163
Fax: (415) 436-6748
david.denier@usdoj.gov

Dated this 22nd day of June, 2007.

*/s/ Stephanie Burton*
Office of Robert Alan Jones