Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

| | |
|---|---|
| **VICKI R. SEIDEL** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO: 5:07-CV-03141 - JF |
| ) | Honorable Judge Jeremy Fogel |
| ) | MOTION FOR PARTIAL |
| **UNITED STATES OF AMERICA,** ) | RECONSIDERATION OF ORDER |
| Defendant. ) | DENYING MOTION FOR |
| ) | TEMPORARY RESTRAINING ORDER |
| ) | |

### MOTION FOR PARTIAL RECONSIDERATION OF ORDER
### DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now the defendant, Vicki R. Seidel, by and through her attorneys of record, Robert Alan Jones and Chris Dietrich, and moves for partial reconsideration of this Court's order denying her Motion for Temporary Restraining Order. This motion is based on the fact that the application for temporary restraining order and the memorandum of points and authorities attached here and below demonstrate as a matter of law that the Notice of Levy delivered to Marc Goodwin, Inc., her employer, is defective on its face, and its terms conflict with both the Internal Revenue Code, and the Internal Revenue Service Internal Revenue Manual.

1   Therefore, at a minimum, the Commissioner of the Internal Revenue should be temporarily
2   enjoined from levying statutorily exempt portions of Mrs. Seidel's salary and wages. The
3   Commissioner should also be enjoined from levying on this non-assessed taxpayer's personal
4   50% interest in her salary in the community property state of California.

5   Counsel for plaintiff have contacted the government attorney assigned to this case, and the
6   office of the responsible Internal Revenue Service officer, and informed them of the filing of this
7   Motion for Reconsideration.

8   WHEREFORE it is requested that the Court grant this Motion for Partial
9   Reconsideration and temporarily enjoin the United States and the Commissioner of Internal
10  Revenue from levying (1) the statutorily exempt portion of the plaintiff's salary and wages,
11  and (2) the 50% portion of the plaintiff's salary and wages in which the assessed taxpayer,
12  Thomas E. Seidel, has no community interest, until such time as the scheduled hearing on the
13  requested preliminary injunction can be completed.

15  DATED: This 22nd day of June, 2007.

16  Respectfully submitted,

18  */s/ Robert Alan Jones*
    Robert Alan Jones, Esq.
19  *Pro hac vice*
    RAJ LIMITED, PC
20  1061 East Flamingo Road, Suite #7
    Las Vegas, Nevada 89119
21  (702) 791-0742 Telephone
    (702) 736-0773 Facsimile
22  Rajltd@aol.com

24  */s/ Chris Dietrich*
    CHRIS DIETRICH, Bar No. 092592
    11300 West Olympic Boulevard
25  Suite 800
    Los Angeles, California 90064
26  (310) 312-6888

28  Case No. C 07-3141 JF
    MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION FOR TRO

## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2007, I caused to be served the foregoing **MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

United States Attorney
Scott N. Schools, USA
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415-436-7200)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202-353-1555)

Commissioner of Internal Revenue
Mark W. Everson
1111 Constitution Avenue NW
Washington, DC 20224-0002

Additionally:
by fax:

AUSA David L. Denier
9TH FLOOR
FEDERAL BUILDING
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102
(408) 535-5163
Fax: (415) 436-6748
david.denier@usdoj.gov

Dated this 22nd day of June, 2007.

_____
                      */s/ Stephanie Burton*
                      Office of Robert Alan Jones