**EXHIBIT 1**

# Summary of Taxpayer Contact

| Taxpayer's Name | Taxpayer's ID # |
|---|---|
| Thomas E. Seidel | 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 |

*A copy of this form will be mailed to your representative on file.*

*In order to determine the appropriate resolution of your case, we need to calculate/verify your ability to pay the tax delinquencies, and ensure that you remain in current compliance with applicable filing and paying requirements. To assist us in doing so, please provide the following information/documents by the date required:*

| Information/Documents required | Date Required |
|---|---|
| Proposal on how you will full pay the tax liabilities by June 15, 2007 | 04/20/2007 |

As of April 30, 2007 the balance due is $994,967.98. Please call me to discuss resolution and to set up an appointment by April 20, 2007. If you do not take immediate steps by either borrowing or selling your residence to full pay the taxes I will begin enforcement actions such as levies. Specifically, I will take collection action on your personal residence to full pay the liabilities. Attached are Pubs 1, 1660, 594, and form 911

**Notification of Consequences of Failure to Provide Information:** Your failure to provide the above information by the specified date(s) may require the IRS to take action such as issuing summonses, filing a Notice of Federal Tax Lien, and/or issuing you a Notice of Intent to Levy and Notice of Your Right to a Hearing, if one was not previously issued for this liability.

| Revenue Officer Name and Employee Identification Number | Date | Telephone / Fax Number |
|---|---|---|
| | | (831) 426-4567 x400 |