**EXHIBIT 5**

## 1. Tables for Figuring Amount Exempt from Levy on Wages, Salary, and Other Income—Forms 668-W(c), and 668-W(c)(DO)   2007

Publication 1494, shown below, provides tables that show the amount of an individual's income that is exempt from a notice of levy used to collect delinquent tax in 2007. (Amounts are for each pay period.)

### Filing Status: Single

| Pay Period | \multicolumn{7}{c|}{Number of Exemptions Claimed on Statement} |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 33.65 | 46.73 | 59.81 | 72.88 | 85.96 | 99.04 | 20.58 plus 13.08 for each exemption |
| Weekly | 168.27 | 233.65 | 299.04 | 364.42 | 429.81 | 495.19 | 102.89 plus 65.39 for each exemption |
| Biweekly | 336.54 | 467.31 | 598.08 | 728.85 | 859.62 | 990.38 | 205.77 plus 130.77 for each exemption |
| Semimonthly | 364.58 | 506.25 | 647.92 | 789.58 | 931.25 | 1072.92 | 222.92 plus 141.67 for each exemption |
| Monthly | 729.17 | 1012.50 | 1295.83 | 1579.17 | 1862.50 | 2145.83 | 445.83 plus 283.33 for each exemption |

### Filing Status: Unmarried Head of Household

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 43.27 | 56.35 | 69.42 | 82.50 | 95.58 | 108.65 | 30.19 plus 13.08 for each exemption |
| Weekly | 216.35 | 281.73 | 347.12 | 412.50 | 477.88 | 543.27 | 150.96 plus 65.39 for each exemption |
| Biweekly | 432.69 | 563.46 | 694.23 | 825.00 | 955.77 | 1086.54 | 301.92 plus 130.77 for each exemption |
| Semimonthly | 468.75 | 610.42 | 752.08 | 893.75 | 1035.42 | 1177.08 | 327.08 plus 141.67 for each exemption |
| Monthly | 937.50 | 1220.83 | 1504.17 | 1787.50 | 2070.83 | 2354.17 | 654.17 plus 283.33 for each exemption |

### Filing Status: Married Filing Joint Return (and Qualifying Widow(er)s)

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 54.23 | 67.31 | 80.38 | 93.46 | 106.54 | 119.62 | 41.15 plus 13.08 for each exemption |
| Weekly | 271.15 | 336.54 | 401.92 | 467.31 | 532.69 | 598.08 | 205.77 plus 65.39 for each exemption |
| Biweekly | 542.31 | 673.08 | 803.85 | 934.62 | 1065.38 | 1196.15 | 411.54 plus 130.77 for each exemption |
| Semimonthly | 587.50 | 729.17 | 870.83 | 1012.50 | 1154.17 | 1295.83 | 445.83 plus 141.67 for each exemption |
| Monthly | 1175.00 | 1458.33 | 1741.67 | 2025.00 | 2308.33 | 2591.67 | 891.67 plus 283.33 for each exemption |

### Filing Status: Married Filing Separate Return

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 33.65 | 46.73 | 59.81 | 72.88 | 85.96 | 99.04 | 20.58 plus 13.08 for each exemption |
| Weekly | 168.27 | 233.65 | 299.04 | 364.42 | 429.81 | 495.19 | 102.89 plus 65.39 for each exemption |
| Biweekly | 336.54 | 467.31 | 598.08 | 728.85 | 859.62 | 990.38 | 205.77 plus 130.77 for each exemption |
| Semimonthly | 364.58 | 506.25 | 647.92 | 789.58 | 931.25 | 1072.92 | 222.92 plus 141.67 for each exemption |
| Monthly | 729.17 | 1012.50 | 1295.83 | 1579.17 | 1862.50 | 2145.83 | 445.83 plus 283.33 for each exemption |

## 2. Table for Figuring Additional Exempt Amount for Taxpayers at Least 65 Years Old and / or Blind

| Filing Status | * | Additional Exempt Amount | | | | |
|---|---|---|---|---|---|---|
| | | Daily | Weekly | Biweekly | Semimonthly | Monthly |
| Single or Head of Household | 1 | 5.00 | 25.00 | 50.00 | 54.17 | 108.33 |
| | 2 | 10.00 | 50.00 | 100.00 | 108.33 | 216.67 |
| Any other Filing Status | 1 | 4.04 | 20.19 | 40.38 | 43.75 | 87.50 |
| | 2 | 8.08 | 40.38 | 80.77 | 87.50 | 175.00 |
| | 3 | 12.12 | 60.58 | 121.15 | 131.25 | 262.50 |
| | 4 | 16.15 | 80.77 | 161.54 | 175.00 | 350.00 |

\* ADDITIONAL STANDARD DEDUCTION claimed on Parts 3, 4, and 5 of levy.

### Examples

These tables show the amount exempt from a levy on wages, salary, and other income. For example:

1. A single taxpayer who is paid weekly and claims three exemptions (including one for the taxpayer) has $299.04 exempt from levy.
2. If the taxpayer in number 1 is over 65 and writes 1 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy, $324.04 is exempt from this levy ($299.04 plus $25.00).
3. A taxpayer who is married, files jointly, is paid biweekly, and claims two exemptions (including one for the taxpayer) has $673.08 exempt from levy.
4. If the taxpayer in number 3 is over 65 and has a spouse who is blind, this taxpayer should write 2 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy. Then, $753.85 is exempt from this levy ($673.08 plus $80.77).

Publication 1494 (2007)   www.irs.gov   Catalog Number 11439T   Department of the Treasury — Internal Revenue Service