**EXHIBIT 7**

**VICKI R. SEIDEL**
**CALCULATION OF WAGE LEVY**

BI-WEEKLY PAY PERIOD
MARRIED FILING SEPERATELY
SELF PLUS THREE EXEMPTIONS

| | |
|---|---:|
| GROSS PAY | 2,750.00 |
| FEDERAL INCOME TAX WITHHOLDING | (224.27) |
| SOCIAL SECURITY TAX WITHHOLDING | (170.50) |
| MEDICARE TAX WITHHOLDING | (39.88) |
| CA STATE INCOME TAX WITHHOLDING | (56.02) |
| CA OTHER WITHHOLDING | (16.50) |
| NET PAY | 2,242.83 |
| | |
| LESS 1/2 NET PAY | 1,121.42 |
| | |
| NET PAY ATTRIBUTABLE TO THOMAS E. SEIDEL SEIDEL AS COMMUNITY PROPERTY | 1,121.41 |
| EXEMPT PER TABLE | (728.85) |
| LEVY AMOUNT | 392.56 |