UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

VICKI R. SEIDEL,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO.: <u>5:07-CV-03141</u> JF

TEMPORARY RESTRAINING ORDER

Pursuant to F.R.C.P. 65 and L.R. 65-1(c), on June 21, 2007, Plaintiff Vicki Renee Seidel filed a motion for partial reconsideration for a Temporary Restraining Order against the United States and its Representatives, the Secretary of the Treasury, and the Commissioner of the Internal Revenue Service.

After review of the pleadings and declarations contained in the Motion and the underlying complaint which is attached, the Motion is proper and adequately supported.

For good cause shown, the Court grants Plaintiff's Motion for a Temporary Restraining Order without bond restraining the United States from levying in violation of statutory and regulatory guidelines set forth in the Internal Revenue Code and the Internal Revenue Manual funds from Vicki Seidel's property, bank accounts, and salary.

It is further ordered that the preliminary injunction hearing in this matter that was previously scheduled for July 6, 2007 shall remain on the July 6, 2007 calendar in order to determine *inter alia* whether the restraining order shall be converted to a preliminary injunction.

The clerk is instructed to transmit a copy of this Order to all parties and counsel.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

1