1  Robert Alan Jones, Esq.
   *Pro hac vice*
2  RAJ LIMITED, PC
   1061 East Flamingo Road, Suite #7
3  Las Vegas, Nevada 89119
   (702) 791-0742 Telephone
4  (702) 736-0773 Facsimile
   Rajltd@aol.com
5
   CHRIS DIETRICH, Bar No. 092592
6  11300 West Olympic Boulevard
   Suite 800
7  Los Angeles, California 90064
   (310) 312-6888
8

9            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE
11
   **VICKI R. SEIDEL**
12                                    )
            Plaintiff,                )
13                                    )
                                      )   CASE NO: 5:07-CV-03141 - JF
14         v.                         )   Honorable Judge Jeremy Fogel
                                      )   MOTION FOR
15                                    )   ADMINISTRATIVE RELIEF
   **UNITED STATES OF AMERICA,**      )
16          Defendant.                )
17  _____)
18
     **MOTION FOR EVIDENTIARY PRELIMINARY INJUNCTION HEARING**
19                   **(ADMINISTRATIVE RELIEF)**
20        Comes now the defendant, Vicki R. Seidel, by and through her attorneys of record, Robert
21  Alan Jones and Chris Dietrich, and pursuant to Local Rule 7-11 moves for administrative relief
22  requesting an evidentiary hearing regarding the invalidity of the underlying assessment. Also to
23  review IRS procedures in levying in community property states that are the basis for the plaintiff's
24  underlying claims in the instant case.  We request that said hearing be set for the July 6, 2007
25  hearing scheduled in the instant case, or at the earliest practicable date.
26        WHEREFORE, the Plaintiff prays that the Court grant the instant motion and grant an
27  evidentiary hearing on the motion for preliminary injunction be set for the July 6, 2007 hearing
28  Case No. C 07-3141 JF
    MOTION FOR ADMINISTRATIVE RELIEF

1  scheduled in the instant case or at the earliest practicable date.

2  ## MEMORANDUM OF POINTS AND AUTHORITIES.

3  The instant motion is brought pursuant Local Civil Rules 7-11, 65, 7-2, 7-4 and Federal Civil

4  Rule 65 for the Court to grant an evidentiary hearing in order for the Plaintiff to present evidence

5  regarding bitterly disputed facts that are at the heart of the pending motions. In this instance there

6  is a true necessity for an evidentiary hearing. "Rule 65 does not [always] require an evidentiary

7  hearing;" undisputed material facts require no hearing, but "bitterly disputed" facts do. See,

8  *McDonald's Corp. V. Robertson*, 147 F.3d 1301, 1311-13 (11th Cir. 1998).

9  Further, counsel for the plaintiff have contacted , AUSA David Denier, the government

10 attorney assigned to this case.  AUSA Denier when informed of the request for evidentiary hearing

11 stated that the government would oppose such hearing and move to quash any subpoenas issued for

12 such hearing. (See Declaration of James D. Arthur, Exhibit 1).

13 At the requested hearing, Plaintiff will produce an expert witness who will testify both as an

14 expert and as a fact witness regarding the invalidity of the underlying assessment.  It is expected that

15 the government will dispute Plaintiff's claim.  Proper evidence under the Federal Rules of Evidence

16 will be required to resolve this dispute.

17 DATED: This  23rd  day of June, 2007.

18

19                                         Respectfully submitted,

20                                         /s/ Robert Alan Jones
                                          Robert Alan Jones, Esq.
21                                         *Pro hac vice*
                                          RAJ LIMITED, PC
22                                         1061 East Flamingo Road, Suite #7
                                          Las Vegas, Nevada 89119
23                                         (702) 791-0742 Telephone
                                          (702) 736-0773 Facsimile
24                                         Rajltd@aol.com

25                                         /s/ Chris Dietrich
                                          CHRIS DIETRICH, Bar No. 092592
26                                         11300 West Olympic Boulevard
                                          Suite 800
27                                         Los Angeles, California 90064
                                          (310) 312-6888

28 Case No. C 07-3141 JF
   MOTION FOR ADMINISTRATIVE RELIEF

# CERTIFICATE OF SERVICE

This is to certify that on June 23, 2007, I caused to be served the foregoing **MOTION FOR ADMINISTRATIVE RELEIF,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

United States Attorney
Scott N. Schools
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415-436-7200)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202-353-1555)

Commissioner of Internal Revenue
Mark W. Everson
1111 Constitution Avenue NW
Washington, DC 20224-0002

Additionally:
by fax:

AUSA David L. Denier
9TH FLOOR
FEDERAL BUILDING
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102
(408) 535-5163
Fax: (415) 436-6748
david.denier@usdoj.gov

Dated this 23rd day of June, 2007.

_/s/ Stephanie Burton_
Office of Robert Alan Jones

Case No. C 07-3141 JF
MOTION FOR ADMINISTRATIVE RELIEF