\*\*E-Filed 6/26/2007\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICKI R. SEIDEL,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case Number C 07-3141 JF<br><br>ORDER[1] DENYING LEAVE TO MOVE FOR RECONSIDERATION AND REQUEST FOR EVIDENTIARY HEARING<br><br>[re: docket nos. 12, 14] |

　　　Plaintiff moves for reconsideration of the Court's order denying her motion for a temporary restraining order on the basis "that this Honorable Court did not fully consider and rule upon the material facts and legal arguments" asserted in her motion.  However, contrary to Plaintiff's assertion, the Court considered all the facts and legal arguments asserted by Plaintiff.  Accordingly, leave to move for reconsideration will be denied.

　　　Plaintiff's request for an evidentiary hearing on July 6, 2007, when the Court hears argument on Plaintiff's motion for a preliminary injunction, also will be denied.  Plaintiff may

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-3141 JF
ORDER DENYING LEAVE TO MOVE FOR RECONSIDERATION AND REQUEST FOR EVIDENTIARY HEARING
(JFLC1)

1  attach relevant affidavits as exhibits to her filing in support of that motion.[2]  The Court will
2  determine after the oral argument on July 6, 2007 whether an evidentiary hearing would aid it in
3  its resolution of the motion.

5  IT IS SO ORDERED.

8  DATED: June 26, 2007

_____
JEREMY FOGEL
United States District Judge

---

[2] This order does not alter the Court's prior ruling as to submissions by the parties with respect to the motion for a preliminary injunction.

2

Case No. C 07-3141 JF
ORDER DENYING LEAVE TO MOVE FOR RECONSIDERATION AND REQUEST FOR EVIDENTIARY HEARING
(JFLC1)

1  This Order has been served upon the following persons:

2  Robert Alan Jones            rajltd@aol.com, jean@rajlv.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28