**EXHIBIT 1**

```
03/29/2006  12:59   7034251567
02/20/2006  10:52 FAX  8318284582                    NAIS    ALVIN BROWN & ASSOC.                       PAGE  05/16
                                                                                                        ☐ 002/002
MAY-13-1999  18:58        IRS SALINAS                                       831 771 1234       P.02
```

Internal Revenue Service
COLLECTION DIVISION
93 PLAZA CIR., A-200
SALINAS, CA. 93901
(831)771-1240 EXT# 16

Department of the Treasury

DATE: MAY 13, 1999

IN REPLY REFER TO:
BY FAX

VICKI L. HEIDEL

DEAR MRS. HEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 12, 1999 CONCERNING IRC SECTION 6672 FOR T.E. HEIDEL ELECTRIC, INC. YOU HAVE NOT BEEN HELD TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER IRC SECTION 6672 FOR T.E. HEIDEL ELECTRIC, INC. AS YOU KNOW, UNDER IRC A NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. HEIDEL, FOR THE IRC 6672 PENALTY. THOMAS E. HEIDEL IS THE PERSON WHO WAS DEEMED RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

STEPHEN PEREZ
REVENUE OFFICER
BADGE # 77-01183

TOTAL P.02