**EXHIBIT 2**

**EXHIBIT 2a**

# 1. Tables for Figuring Amount Exempt from Levy on Wages, Salary, and Other Income—Forms 668-W(c), and 668-W(c)(DO)

Publication 1494, shown below, provides tables that show the amount of an individual's income that is exempt from a notice of levy used to collect delinquent tax in 2007. (Amounts are for each pay period.)

**2007**

### Filing Status: Single

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 33.65 | 46.73 | 59.81 | 72.88 | 85.96 | 99.04 | 20.58 plus 13.08 for each exemption |
| Weekly | 168.27 | 233.65 | 299.04 | 364.42 | 429.81 | 495.19 | 102.89 plus 65.39 for each exemption |
| Biweekly | 336.54 | 467.31 | 598.08 | 728.85 | 859.62 | 990.38 | 205.77 plus 130.77 for each exemption |
| Semimonthly | 364.58 | 506.25 | 647.92 | 789.58 | 931.25 | 1072.92 | 222.92 plus 141.67 for each exemption |
| Monthly | 729.17 | 1012.50 | 1295.83 | 1579.17 | 1862.50 | 2145.83 | 445.83 plus 283.33 for each exemption |

### Filing Status: Unmarried Head of Household

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 43.27 | 56.35 | 69.42 | 82.50 | 95.58 | 108.65 | 30.19 plus 13.08 for each exemption |
| Weekly | 216.35 | 281.73 | 347.12 | 412.50 | 477.88 | 543.27 | 150.96 plus 65.39 for each exemption |
| Biweekly | 432.69 | 563.46 | 694.23 | 825.00 | 955.77 | 1086.54 | 301.92 plus 130.77 for each exemption |
| Semimonthly | 468.75 | 610.42 | 752.08 | 893.75 | 1035.42 | 1177.08 | 327.08 plus 141.67 for each exemption |
| Monthly | 937.50 | 1220.83 | 1504.17 | 1787.50 | 2070.83 | 2354.17 | 654.17 plus 283.33 for each exemption |

### Filing Status: Married Filing Joint Return (and Qualifying Widow(er)s)

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily |  | 54.23 | 67.31 | 80.38 | 93.46 | 106.54 | 119.62 | 41.15 plus 13.08 for each exemption |
| Weekly |  | 271.15 | 336.54 | 401.92 | 467.31 | 532.69 | 598.08 | 205.77 plus 65.39 for each exemption |
| Biweekly |  | 542.31 | 673.08 | 803.85 | 934.62 | 1065.38 | 1196.15 | 411.54 plus 130.77 for each exemption |
| Semimonthly |  | 587.50 | 729.17 | 870.83 | 1012.50 | 1154.17 | 1295.83 | 445.83 plus 141.67 for each exemption |
| Monthly |  | 1175.00 | 1458.33 | 1741.67 | 2025.00 | 2308.33 | 2591.67 | 891.67 plus 283.33 for each exemption |

### Filing Status: Married Filing Separate Return

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 33.65 | 46.73 | 59.81 | 72.88 | 85.96 | 99.04 | 20.58 plus 13.08 for each exemption |
| Weekly | 168.27 | 233.65 | 299.04 | 364.42 | 429.81 | 495.19 | 102.89 plus 65.39 for each exemption |
| Biweekly | 336.54 | 467.31 | 598.08 | 728.85 | 859.62 | 990.38 | 205.77 plus 130.77 for each exemption |
| Semimonthly | 364.58 | 506.25 | 647.92 | 789.58 | 931.25 | 1072.92 | 222.92 plus 141.67 for each exemption |
| Monthly | 729.17 | 1012.50 | 1295.83 | 1579.17 | 1862.50 | 2145.83 | 445.83 plus 283.33 for each exemption |

# 2. Table for Figuring Additional Exempt Amount for Taxpayers at Least 65 Years Old and / or Blind

| Filing Status | * | Additional Exempt Amount | | | |
|---|---|---|---|---|---|
|  |  | Daily | Weekly | Biweekly | Semimonthly | Monthly |
| Single or Head of Household | 1 | 5.00 | 25.00 | 50.00 | 54.17 | 108.33 |
|  | 2 | 10.00 | 50.00 | 100.00 | 108.33 | 216.67 |
| Any other Filing Status | 1 | 4.04 | 20.19 | 40.38 | 43.75 | 87.50 |
|  | 2 | 8.08 | 40.38 | 80.77 | 87.50 | 175.00 |
|  | 3 | 12.12 | 60.58 | 121.15 | 131.25 | 262.50 |
|  | 4 | 16.15 | 80.77 | 161.54 | 175.00 | 350.00 |

* ADDITIONAL STANDARD DEDUCTION claimed on Parts 3, 4, and 5 of levy.

## Examples

These tables show the amount exempt from a levy on wages, salary, and other income. For example:

1. A single taxpayer who is paid weekly and claims three exemptions (including one for the taxpayer) has $299.04 exempt from levy.
2. If the taxpayer in number 1 is over 65 and writes 1 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy, $324.04 is exempt from this levy ($299.04 plus $25.00).
3. A taxpayer who is married, files jointly, is paid biweekly, and claims two exemptions (including one for the taxpayer) has $673.08 exempt from levy.
4. If the taxpayer in number 3 is over 65 and has a spouse who is blind, this taxpayer should write 2 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy. Then, $753.85 is exempt from this levy ($673.08 plus $80.77).

Publication 1494 (2007)    www.irs.gov    Catalog Number 11439T    Department of the Treasury — Internal Revenue Service

**EXHIBIT 2b**



Part 25. Special Topics
Chapter 18. Community Property
Section 4. Collection of Taxes in Community Property States

## 25.18.4 Collection of Taxes in Community Property States

- 25.18.4.1  Context of Collection Issues
- 25.18.4.2  Process for Determining Collection Options
- 25.18.4.3  Management and Control and Collection
- 25.18.4.4  Premarital v. Post-Marital Obligations
- 25.18.4.5  Collecting Premarital Liabilities
- 25.18.4.6  Collecting Post-Marital Liabilities
- 25.18.4.7  Effect of Spouse's Death on Collection
- 25.18.4.8  Effect of Dissolution of the Community Property Regime on Collection
- 25.18.4.9  Effect of Marital Agreements on Collection
- 25.18.4.10  Effect of Community Property on Offers In Compromise
- 25.18.4.11  Community Property and Bankruptcy

**25.18.4.1 (02-15-2005)**
**Context of Collection Issues**

1. Where spouses are jointly and severally liable for federal taxes on account of having filed a joint federal income tax return, the taxes may be collected from the separate property of either spouse or any of their community property. Community property collection issues rarely arise in this context. Community property collection issues typically arise where only one spouse owes a tax liability. This can come up in many contexts, but the most frequent examples are where spouses do not file separate returns, where one spouse is given innocent spouse relief, or where one spouse incurs employment taxes or is assessed a trust fund recovery penalty. The issue in these contexts is what assets are available to satisfy the obligations.

2. If a taxpayer neglects or refuses to pay assessed taxes after notice and demand, a federal tax lien arises against the taxpayer. IRC § 6321. The lien attaches to all of the taxpayer's property and rights to property. Id. Under federal law, the Service steps into the shoes of the taxpayer. United States v. Rodgers, 461 U.S. 677 (1983). State law determines a taxpayer's property and rights to property. Id. Because a federal tax lien against one spouse (but not the other spouse) attaches to "all of the taxpayer's property and rights to property," in a community property state the lien would attach to the liable spouse's one-half ownership interest in all items of community property. This gives the Service a collection right against this property. Thus, for example, if a husband incurs a separate tax liability, a lien would attach to half of the wife's wages, which are community property. This could not happen in a state that does not have community property. 

3. Under the laws of all community property states, under certain circumstances a private creditor has the right to collect a debt from all or part of both spouses' interests in community property. The Service can also rely on these state law remedies in collecting taxes. The Service's rights as a creditor under federal law may be supplemented by state law remedies, and the Service may satisfy delinquent tax obligations from more than one-half of community property. See Medaris v. United States, 884 F.2d 832 (5th Cir. 1989). Thus, in some states a levy for the husband's separate tax liability would attach to all of the wife's wages, or a levy on the husband's wages for the same liability would attach to all of the husband's wages, even though the wife has a half interest in them.

**25.18.4.2 (02-15-2005)**
**Process for Determining Collection Options**

1. In the community property states, a federal tax lien will always attach to all of a liable spouse's

**EXHIBIT 2c**

**VICKI R. SEIDEL**

**CALCULATION OF WAGE LEVY**

BI-WEEKLY PAY PERIOD
MARRIED FILING SEPERATELY
SELF PLUS THREE EXEMPTIONS

| | |
|---|---:|
| GROSS PAY | 2,750.00 |
| FEDERAL INCOME TAX WITHHOLDING | (224.27) |
| SOCIAL SECURITY TAX WITHHOLDING | (170.50) |
| MEDICARE TAX WITHHOLDING | (39.88) |
| CA STATE INCOME TAX WITHHOLDING | (56.02) |
| CA OTHER WITHHOLDING | (16.50) |
| NET PAY | 2,242.83 |
| LESS 1/2 NET PAY | 1,121.42 |
| NET PAY ATTRIBUTABLE TO THOMAS E. SEIDEL SEIDEL AS COMMUNITY PROPERTY | 1,121.41 |
| EXEMPT PER TABLE | (728.85) |
| LEVY AMOUNT | 392.56 |