UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 6, 2007
**Case Number:** CV-07-3141-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:           VICKI SEIDEL V. UNITED STATES OF AMERICA

           PLAINTIFF                                    DEFENDANT

**Attorneys Present:** Robert Jones              **Attorneys Present:** David Denier

---

PROCEEDINGS:
   Hearing on Motion for Preliminary Injunction held. Parties are present.
   The motion is taken under submission.