1   Robert Alan Jones, Esq.
    *Pro hac vice*
2   RAJ LIMITED, PC
    1061 East Flamingo Road, Suite #7
3   Las Vegas, Nevada 89119
    (702) 791-0742 Telephone
4   (702) 736-0773 Facsimile
    Rajltd@aol.com
5
    CHRIS DIETRICH, Bar No. 092592
6   11300 West Olympic Boulevard
    Suite 800
7   Los Angeles, California 90064
    (310) 312-6888
8

9             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE

11
   **VICKI R. SEIDEL**                    )
12                                        )
            Plaintiff,                    )
13         v.                             )
                                          )    CASE NO: 5:07-CV-03141 - JF
14                                        )    Honorable Judge Jeremy Fogel
                                          )    MOTION  FOR  LEAVE  TO
15                                        )    FILE SUPPLEMENT TO MEMORANDA
                                          )    SUPPORTING MOTION
16   **UNITED STATES OF AMERICA,**        )    FOR PRELIMINARY INJUNCTION
                                          )
            Defendant.                    )
17   _____)

18
            **MOTION FOR LEAVE TO FILE SUPPLEMENT TO MEMORANDA SUPPORTING**
19                    **MOTION FOR PRELIMINARY INJUNCTION**

20          Comes now the defendant, Vicki R. Seidel, by and through her attorneys of record, Robert

21   Alan Jones and Chris Dietrich, and pursuant to Local Rule 7-3 (d) moves for leave to supplement

22   the record: memoranda supporting motion for preliminary injunction (Document No. 20).

23          This motion, pursuant Local Rule 7-3(d) is based on a new case analyzing the relationship

24   between the Taxpayer Bill of Rights specifically I.R.C. 6330,  including the right of <u>every</u> person to

25   have a due process notice, and right to a hearing prior to seizure of his or her property, and the

26   Court's duty to suspend IRS collections irrespective of proof of irreparable harm proven by the

27   person who is the object of the collection action. The case is *Swinford v. United States*, 2007 WL

28   Case No. C 07-3141 JF
     MOTION FOR LEAVE TO FILE SUPPLEMENT TO MEMORANDA SUPPORTING MOTION FOR PRELIMINARY INJUNCTION

1    496376 (W.D.Ky.) While not controlling, the analysis will aid this honorable Court in this matter.

2        WHEREFORE, the Plaintiff prays that the Court grant the instant motion granting the

3    Plaintiff Leave to File the attached Supplement to Memoranda Supporting Motion for Preliminary

4    Injunction.

5    DATED: This 11th day of July, 2007.

6                                                    Respectfully submitted,

7

8                                                    /s/ Robert Alan Jones
                                                     Robert Alan Jones, Esq.
9                                                    *Pro hac vice*
                                                     RAJ LIMITED, PC
10                                                   1061 East Flamingo Road, Suite #7
                                                     Las Vegas, Nevada 89119
11                                                   (702) 791-0742 Telephone
                                                     (702) 736-0773 Facsimile
12                                                   Rajltd@aol.com

13

14                                                   /s/ Chris Dietrich
                                                     CHRIS DIETRICH, Bar No. 092592
15                                                   11300 West Olympic Boulevard
                                                     Suite 800
16                                                   Los Angeles, California 90064
                                                     (310) 312-6888

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE  OF  SERVICE

This is to certify that on July 11, 2007, I caused to be served the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENT TO MEMORANDA SUPPORTING MOTION FOR PRELIMINARY INJUNCTION and SUPPLEMENT TO MEMORANDA SUPPORTING MOTION FOR PRELIMINARY INJUNCTION,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

AUSA David L. Denier
FEDERAL BUILDING
450 Golden Gate Ave., 9th Floor
Box 36055
San Francisco, CA 94102
(408) 535-5163
Fax: (415) 436-6748
david.denier@usdoj.gov

Dated this 11th day of July, 2007.

_/s/ Stephanie Burton_____
Office of Robert Alan Jones

Case No. C 07-3141 JF
MOTION FOR LEAVE TO FILE SUPPLEMENT TO MEMORANDA SUPPORTING MOTION FOR PRELIMINARY INJUNCTION