SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:    (415) 436-6888
Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **VICKI R. SEIDEL,** | NO. C-07-3141-JF |
| **Plaintiff,** | |
| v. | **ANSWER OF UNITED STATES OF AMERICA** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

## **JURISDICTION**

1. Admits the allegations contained in paragraph 1 of the complaint.

2. Denies the allegations contained in paragraph 2 of the complaint.

3. Admits the allegations contained in paragraph 3 of the complaint.

## **PARTIES**

4. Admits the allegations contained in paragraph 4 of the complaint.

## **FACTS SUPPORTING CLAIMS**

5. Denies the allegations contained in paragraph 5 of the complaint.

6. Admits the allegations contained in paragraph 6 of the complaint.

7. Admits the allegations contained in paragraph 7 of the complaint.

8. Admits the allegations contained in paragraph 8 of the complaint.

1      9.     Denies the allegations contained in paragraph 9 of the complaint.

2      10.    Denies the allegations contained in paragraph 10 of the complaint.

### FIRST CLAIM FOR RELIEF

11.    Defendant United States of America incorporates by reference its answers to paragraphs 1 through 9.

12.    Denies the allegations contained in paragraph 12 of the complaint.

13    Denies the allegations contained in paragraph 13 of the complaint.

14.    Denies the allegations contained in paragraph 14 of the complaint.

15.    Denies that plaintiff is entitled to the return of any monies seized pursuant to the levies.

### SECOND CLAIM FOR RELIEF

16.    Defendant United States of America incorporates by reference its answers to paragraphs 1 through 14.

17.    Denies the allegations contained in paragraph 17 of the complaint.

18.    Denies the allegations contained in paragraph 18 of the complaint.

19.    Denies that plaintiff is entitled to restoration of her bi-monthly compensation and all amounts withheld from her paycheck on account of the levy.

### THIRD CLAIM FOR RELIEF

20.    Defendant United States of America incorporates by reference its answers to paragraphs 1 through 19.

21.    Denies the allegations contained in paragraph 21 of the complaint.

22.    Denies the allegations contained in paragraph 22 of the complaint.

23.    Denies the allegations contained in paragraph 23 of the complaint.

24.    Denies the allegations contained in paragraph 24 of the complaint.

25.    Denies that plaintiff is entitled to an injunction to restrain the United States from levying any property plaintiff owns to collect her husband's trust fund recovery penalty assessment.

///

**FOURTH CLAIM FOR RELIEF**

26. Defendant's United States of America incorporates by reference its answers to paragraphs 1 through 25.

27. Denies the allegations contained in paragraph 27 of the complaint.

**WHEREFORE**, having fully answered each and every allegation contained in plaintiff's complaint, defendant United States of America prays that:

A. Plaintiff take nothing by her complaint;

B. Plaintiff's complaint and action be dismissed with prejudice;

C. The United States be awarded its costs in suit; and

D. The Court grant such other and further relief as it deems just in the premises.

SCOTT N. SCHOOLS
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division