**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 25, 2007

CASE NUMBER:   **CV 07-03141 JF**
CASE TITLE:   **VICKI R. SEIDEL-v- UNITED STATES OF AMERICA**
DATE MANDATE FILED:   9/21/2007


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by:  Gordana Macic
Case Systems Administrator

Distribution:   CIVIL        -        Counsel of Record

CRIMINAL    -        Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16