SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Acting Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Fax:      (415) 436-6748

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **VICKI R. SEIDEL,** ) | **No. C-07-03141-JF** |
| **Plaintiff,** ) | |
| ) | **JOINT CASE MANAGEMENT** |
| **v.** ) | **STATEMENT AND** |
| ) | **PROPOSED ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| **Defendant.** ) | **DATE: NOVEMBER 30, 2007** |
| ) | **TIME: 10:30 A.M.** |

        The parties to the above-entitled action jointly submit this Case Management Statement
and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

### DESCRIPTION OF CASE

        1.  A brief description of the events underlying the action:

        This is a wrongful levy brought by plaintiff pursuant to 26 U.S.C. § 7426.  Plaintiff
sought a preliminary injunction ordering the Internal Revenue Service to return $321.30 allegedly
seized from Washington Mutual Bank, account no. 0980711488 on or about May 29, 2007,
ordering the Internal Revenue Service to return any monies seized pursuant to a levy of plaintiff's
salary and restraining the Internal Revenue Service from further levies on plaintiff's salary.
Plaintiff's motion for preliminary was denied on July 16, 2007.  On July 25, 2007, plaintiff filed
a notice of appeal.  Pursuant to plaintiff/appellant's motion for voluntary dismissal, the appeal
was dismissed on September 20, 2007.

Plaintiff seeks the return of monies she alleges were a wrongfully levied and seized by the IRS to pay assessments made against her husband, Thomas E. Seidel.  She seeks a permanent injunction against the IRS from further levies.  She also seeks damages pursuant to 26 U.S.C. § 7426(h) in the amount of $1,000,000.

2.   The principal factual issues which the parties dispute:

(1)  Whether the IRS wrongfully levied property of the plaintiff.  See 26 U.S.C. § 7426.

(2)  Whether Revenue Officer Joe Smith recklessly or intentionally, or by reason of negligence, disregarded any provision of the Internal Revenue Code in taking the collection action at issue.  See 26 U.S.C. § 7426(h).

(3)  If Revenue Officer Joe Smith recklessly or intentionally, or by reason of negligence, disregarded any provision of the Internal Revenue Code in taking the collection action at issue, what damages if any did plaintiff suffer.  See 26 U.S.C. § 7426(h).

3.   The principal legal issue[s] which the parties dispute:

None.

4.   The other factual issues *[e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties propose to resolve those issues:

None.

5.   The parties which have not been served and the reasons:

None.

6.   The additional parties which the below-specified parties intend to join and the intended time frame for such joinder?

None.

7.   The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

Defendant United States declines to consent to assignment of this case to a United States Magistrate Judge because the case has been thoroughly briefed in response to the motion for preliminary injunction.

**ALTERNATIVE DISPUTE RESOLUTION**

8.  *[Please indicate the appropriate response(s).]*

___ The case was automatically assigned to Nonbinding Arbitration at filing and will be ready or the hearing by (date) _____.

___ The parties have filed a Stipulation and Proposed Order Selecting an ADR process (specify process): _____.

___ The parties filed a Notice of Need ro ADR Phone Conference and the hone conference was held on or is scheduled for _____.

_X_ The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is _____ .

9.  Please indicate any other information regarding ADR process or deadline:

The government respectfully submits that this case may be subject to disposition by summary judgment motion.

**DISCLOSURES**

10.  The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computation and insurance agreements]*:

The relevant documents have been presented to the plaintiff previously in response to her motion for preliminary injunction..  The government will provide any other relevant documents that the plaintiff requires.

**DISCOVERY**

___11.  The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

At this time, the United States does not anticipate any formal discovery.

**TRIAL SCHEDULE**

12.  The parties request a trial date as follows:

The government suggests that the court set a schedule for a summary judgment motion. If summary judgment is not granted, the factual issues should be narrowed by the motion.

///

Joint CMS & Proposed Order
No. C-07-03141-JF                    3

1    13.  The parties expect that the trial will last for the following number of days:

2        See response to item 12 above.

3                          **RELATED CASES**

4    Related cases are: *United States v. Thomas E. Seidel*, et al., No. CR 06-00539 JF USDC ND

5    Cal.; *United States v. Thomas E. Seidel*, No. C 07-04128-RMW USDC ND Cal.; and *Four*

6    *Rivers Investment, Inc., et al. v. United States*, No. 06-00598 US Cl Ct.

7
                                SCOTT N. SCHOOLS
8                               United States Attorney

9
     Dated:  November 21, 2007          /s/ David L. Denier
10                                      DAVID L. DENIER
                                        Assistant United States Attorney
11                                      Tax Division
                                        Attorneys for United States of America
12

13

14
     Dated: November 21 , 2007          /s/ Robert Alan Jones
15                                      ROBERT ALAN JONES
                                        Attorney for Vicki R. Seidel
16

17                      **CASE MANAGEMENT ORDER**

18      The Case Management Statement and Proposed Order is hereby adopted by the Count as the

19   Case Management Order for the case and the parties are ordered to comply with this order.  In

20   addition the Court orders:

21

22

23

24

25

26

27   Dated:                         _____

28                                  UNITED STATES DISTRICT JUDGE

     Joint CMS & Proposed Order
     No. C-07-03141-JF              4