UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 30, 2007
**Case Number:** CV-07-3141-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | VICKI SEIDEL V. UNITED STATES OF AMERICA | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Robert Jones | Attorneys Present: Thomas Newman |

PROCEEDINGS:
    Case management conference held. Parties are present. The case is set for motion hearing and further case management conference on 4/4/08 at 9:00 a.m.