ROBERT ALAN JONES, ESQ.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, ESQ.
Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

| | |
|---|---|
| **VICKI R. SEIDEL**, | ) |
| Plaintiff | ) |
| v. | ) CASE NO: 5:07-CV-03141 - JF |
| | ) Honorable Judge Jeremy Fogel |
| **UNITED STATES OF AMERICA,** | ) **MOTION FOR LEAVE TO** |
| Defendant. | ) **FILE DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Vicki R. Seidel, by and through her attorneys of record, Robert Alan Jones and Chris Dietrich, and moves this Honorable Court for leave to file a Demand for Jury Trial in the above-entitled case, and in support of this motion states the following.

The case of *United States v. Thomas E. Seidel*, Case No. C-07-04128, originally assigned to Judge Ronald M. Whyte, was deemed related to the instant case by Related Case Order dated December 19, 2007 (Docket No. 12), and was reassigned to Judge Jeremy Fogel . As a result, both cases are now before Judge Fogel. The two cases involve common issues of law and fact, and it is expected that the cases may be consolidated for purposes of some motions and/or trial.

.

Case No. C 07-3141 JF
MOTION FOR LEAVE TO FILE DEMAND FOR JURY TRIAL

Defendant Thomas Seidel has demanded a jury trial in Case No. C-07-04128 and, therefore, Plaintiff Vicki Seidel requests leave to demand a jury trial in the instant case as well.

WHEREFORE, Plaintiff prays that the Court grant Plaintiff leave to file the attached Demand for Jury Trial.

DATED: This 28th day of December, 2007.

                                              Respectfully submitted,

/s/ Robert Alan Jones
ROBERT ALAN JONES, ESQ.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

/s/ Chris Dietrich
CHRIS DIETRICH, ESQ.
Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

# CERTIFICATE OF SERVICE

This is to certify that on December 28, 2007, I caused to be served the foregoing **MOTION FOR LEAVE TO FILE DEMAND FOR JURY TRIAL,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

AUSA David L. Denier
Federal Building
450 Golden Gate Ave., 9th Floor
Box 36055
San Francisco, CA 94102
(408) 535-5163
Fax: (415) 436-6748
david.denier@usdoj.gov

Dated this 28th day of December, 2007.

*/s/ Stephanie Burton*
Office of Robert Alan Jones

Case No. C 07-3141 JF
MOTION FOR LEAVE TO FILE DEMAND FOR JURY TRIAL