ROBERT ALAN JONES, ESQ.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, ESQ.
Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

**VICKI R. SEIDEL**,

        Plaintiff

        v.

**UNITED STATES OF AMERICA,**

        Defendant.

CASE NO: 5:07-CV-03141 - JF
Honorable Judge Jeremy Fogel

**DEMAND FOR JURY TRIAL**

    Comes now Plaintiff Vicki R. Seidel, by and through her attorneys of record, Robert Alan Jones and Chris Dietrich, and makes a Demand for Jury Trial.

    The case of *United States v. Thomas E. Seidel*, Case No. C-07-04128, has been deemed a related case and is also before Judge Jeremy Fogel. A jury trial has been requested by Defendant Thomas Seidel in that case; therefore, Plaintiff Vicki Seidel requests a jury trial in this case as well.

    Counsel for the United States opposes this motion.

/ / /

/ / /

/ / /

Case No. C 07-3141 JF
DEMAND FOR JURY TRIAL

1  DATED: This 28th day of December, 2007.

2                                               Respectfully submitted,

4                                               /s/ Robert Alan Jones
                                                ROBERT ALAN JONES, ESQ.
5                                               *Pro hac vice*
                                                RAJ LIMITED, PC
6                                               1061 East Flamingo Road, Suite #7
                                                Las Vegas, Nevada 89119
7                                               (702) 791-0742 Telephone
                                                (702) 736-0773 Facsimile
8                                               Rajltd@aol.com

10                                              /s/ Chris Dietrich
                                                CHRIS DIETRICH, ESQ.
                                                Bar No. 092592
11                                              11300 West Olympic Boulevard
                                                Suite 800
12                                              Los Angeles, California 90064
                                                (310) 312-6888

28  Case No. C 07-3141 JF
    DEMAND FOR JURY TRIAL

# CERTIFICATE OF SERVICE

This is to certify that on December 28, 2007, I caused to be served the foregoing **DEMAND FOR JURY TRIAL,** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

AUSA David L. Denier<br>
Federal Building<br>
450 Golden Gate Ave., 9th Floor<br>
Box 36055<br>
San Francisco, CA 94102<br>
(408) 535-5163<br>
Fax: (415) 436-6748<br>
david.denier@usdoj.gov

Dated this 28th day of December, 2007.

*/s/ Stephanie Burton*
Office of Robert Alan Jones

Case No. C 07-3141 JF
DEMAND FOR JURY TRIAL