**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VICKI R. SEIDEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **CASE NO.: 5:07-CV-03141** JF<br><br>ORDER |

Plaintiff, Vicki R. Seidel, through counsel, filed a Motion for Leave to File Demand for Jury Trial and related Demand for Jury Trial with this Court on December 27, 2007.

The Court, upon consideration of the reasons stated in Plaintiff's Motion and for good cause shown finds as follows:

**IT IS ORDERED** that the Plaintiff's Demand for Jury Trial is hereby granted.

The Clerk is directed to transmit a copy of this Order to all counsel.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

Case No. C 07-3141 JF
PROPOSED ORDER                    1