Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE

| | |
|---|---|
| **VICKI R. SEIDEL,** | )<br>) |
| Plaintiff | )<br>) |
| v. | ) CASE NO: 5:07-CV-03141 - JF<br>) Honorable Judge Jeremy Fogel<br>)<br>) **MOTION FOR LEAVE TO**<br>) **WITHDRAW AS COUNSEL AND**<br>) **ENTER APPEARANCE FOR** |
| **UNITED STATES OF AMERICA,** | ) **SUBSTITUTE COUNSEL** |
| Defendant. | ) |

COMES NOW Robert Alan Jones, and Christ Dietrich, counsel of record for Plaintiff Vicki R. Seidel, and pursuant to Local Rule 11-5, prays this Court to enter its order granting leave to withdraw as counsel, and substitute new counsel as set forth below:

    Rob Goldstein
    Law Offices of Robert L. Goldstein
    100 Bush Street, Suite 501
    San Francisco, CA 94101
    Bar No. 184226.

1.  Counsel has represented Plaintiff in the instant case since its commencement on June 14, 2007, and since that time has performed a substantial amount of legal work and incurred significant costs in connection with the prosecution of the case.

2.  Counsel has received no remuneration from Plaintiff for the legal work performed and costs incurred by Counsel.

3.  Plaintiff is unable to pay for any of her substantial legal bills, and Counsel is no longer able to bear the financial burden that has resulted from Plaintiff's inability to pay.

WHEREFORE, the Plaintiff prays that the Court grant the instant motion granting the undersigned Leave to Withdraw as Counsel of Record, and to substitute new counsel.

DATED: This 14th day of February, 2008.

Respectfully submitted,

/s/ Robert Alan Jones
Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

/s/ Chris Dietrich
CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of February, 2008, served a copy of the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** on the Plaintiff and all other parties who have appeared in the case by U.S. Mail, Postage Prepaid, properly addressed as follows:

    Vicki R. Seidel
    25360 Boots Rd
    Monterey, CA 93940

    Chris Dietrich
    11300 West Olympic Boulevard, Suite 800
    Los Angeles, CA 90064

    David L. Denier
    United States Attorney's Office
    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102


                                            Robert Alan Jones