JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-6888
 Fax:          (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VICKI R. SEIDEL, | NO.  C-07-3141-JF |
| Plaintiff, | |
| v. | DECLARATION OF DAVID L. DENIER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, DAVID L. DENIER, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.    I am a member of the bar of this Court, a duly-appointed Assistant United States Attorney for the Northern District of California, and an officer of this Court, with office as above shown, and I am an attorney appearing of record for the United States in the above-entitled action.

2.    Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 9 | Certificate of Assessments and Payments for Thomas E. Seidel covering the Trust Fund Recovery Penalty for the period ending September 30, 1996. |
| 10 | Thomas E. Seidel's consent to the assessment and collection of the Trust Fund Recovery Penalty executed October 30, 1996. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2008, at San Francisco, California.

DAVID L. DENIER

# EXHIBIT 9



# United States        of America

### Department of the Treasury
### Internal Revenue Service

_____

Date:  August 9, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Thomas E. Seidel, Social Security Number: 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, covering Civil Penalty for the period ending September 30, 1996 ——————————————————————————————

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

THOMAS E SEIDEL                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

-------------------------------------------------------------------------------

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 12-09-1996 | FEES AND COLLECTION COSTS | | 26.00 | |
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 77251-297-14900-6 | | 601,251.24 | 10-23-1996 |
| | PROMPT ASSESSMENT 77251-297-14900-6 | | 0.00 | 10-23-1996 |
| | INTEREST ASSESSED 19964908 | | 8,036.12 | 12-16-1996 |
| 10-23-1996 | XREF 100% PENALTY 941      199503 77-0278294 | | | |
| 10-23-1996 | XREF 100% PENALTY 941      199406 77-0278294 | | | |
| 10-23-1996 | XREF 100% PENALTY 941      199409 77-0278294 | | | |
| 10-23-1996 | XREF 100% PENALTY 941      199609 77-0278294 | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

THOMAS E SEIDEL                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE (23C,<br>RAC 006 ) |
|------|---------------------------|------------|---------|-----------|

-----------------------------------------------------------------------------

10-23-1996 XREF 100% PENALTY
           941        199606
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199603
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199312
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199506
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199412
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199403
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199509
           77-0278294

04-15-1997 OVERPAID CREDIT APPLIED              3,981.00
           1040       199612

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

THOMAS E SEIDEL                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------------|-----------------|-----------------|
| 10-23-1996 | OVERPAID CREDIT APPLIED<br>1040      199512 | | 1,400.00 | |
| 10-23-1996 | INTEREST OVERPAYMENT<br>CREDIT<br>1040      199512 | | 56.66 | |
| 04-30-1996 | OVERPAID CREDIT APPLIED<br>941      199603<br>77-0382210 | | 1,506.71 | |
| 07-28-2000 | FEDERAL TAX LIEN | | | |
| 08-04-2000 | FEDERAL TAX LIEN | | | |
| 08-28-2000 | FEES AND COLLECTION COSTS | | 6.00 | |
| 08-24-2000 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | | | |
| 08-28-2000 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | | |
| 10-19-2000 | OFFER IN COMPROMISE<br>PENDING | | | |
| 11-24-2000 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

THOMAS E SEIDEL                        EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|----------------------------------|
| 12-18-2000 | FEES AND COLLECTION COSTS | 6.00 | | |
| 04-15-2001 | OVERPAID CREDIT APPLIED 1040    200012 | | 1,228.00 | |
| 07-23-2001 | OVERPAID CREDIT APPLIED 1040    200012 | | 300.00 | |
| 04-15-2002 | OVERPAID CREDIT APPLIED 1040    200112 | | 4,956.00 | |
| 04-14-2003 | OVERPAID CREDIT APPLIED 1040    200212 | | 996.00 | |
| 04-02-2003 | OFFER IN COMPROMISE REJECTED | | | |
| 05-05-2003 | SUBSEQUENT PAYMENT LEVY | | 4,011.87 | |
| 04-28-2003 | SUBSEQUENT PAYMENT LEVY | | 41,007.32 | |
| 11-16-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 161,334.55 | |
| 10-25-1996 | FEDERAL TAX LIEN | | | |
| 03-07-2005 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 143.90 | |

FORM 4340  (REV. 01-2002)                PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

THOMAS E SEIDEL                      EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-15-2005 | OVERPAID CREDIT APPLIED 1040    200412 | | 6.00 | |
| 06-27-2006 | RECEIVED POA/TIA | | | |
| 11-24-2006 | FEDERAL TAX LIEN | | | |
| 02-26-2007 | UPDATED POA/TIA | | | |
| 10-23-1996 | Statutory Notice of Balance Due | | | |
| 04-21-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)            PAGE    5

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

THOMAS E SEIDEL                    EIN/SSN: 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



TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996
--------------------------------------------------------------------------


BALANCE        388,397.35


--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
                 David R. Martin
PRINT NAME:_____
                 Chief, Accounting Operations
TITLE:_____
                 WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 07/20/2007

FORM 4340  (REV. 01-2002)            PAGE    6
```

# EXHIBIT 10

Form **2751**
(Rev. February 1993)

Department of the Treasury–Internal Revenue Service

## Proposed Assessment of Trust Fund Recovery Penalty

(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)

### Report of Business's Unpaid Tax Liability

Name and address of business    T.E. SEIDEL ELECTRIC, INC.
1319 BURTON AVE
SALINAS, CA. 93901

| Tax Return Form No. | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 12-31-93 | 01-31-94 | 03-21-94 | 77-0278294 | $ 37,440.36 | $ 38,136.17 |
| 941 | 03-31-94 | 04-30-94 | 06-27-94 | 77-0278294 | 50,150.00 | 42,999.98 |
| 941 | 06-30-94 | 07-31-94 | 09-26-94 | 77-0278294 | 55,251.29 | 50,000.76 |
| 941 | 09-30-94 | 10-31-94 | 12-26-94 | 77-0278294 | 31,111.49 | 25,019.30 |
| 941 | 12-31-94 | 02-23-95 | 03-27-95 | 77-0278294 | 55,634.06 | 52,988.31 |
| 941 | 03-31-95 | 04-30-95 | 07-03-95 | 77-0278294 | 91,012.63 | 79,999.98 |
| 941 | 06-30-95 | 07-31-95 | 09-18-95 | 77-0278294 | 113,676.90 | 99,999.98 |

Total Penalty  $ SEE PAGE 2

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

THOMAS SEIDEL, 25360 BOOTS RD, MONTEREY, CA. 93940        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

I consent to the assessment and collection of the total penalty shown, which is equal either to the amount of Federal employment taxes withheld from employees wages or to the amount of Federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above; and I waive the privilege of filing a claim for abatement after assessment.

Signature of person responsible

Date  10/30/96

**Part 1**—This copy to be signed and returned to Internal Revenue Service

Form **2751** (Rev. 2-93)
Cat. No. 21955U

Department of the Treasury–Internal Revenue Service

**Form 2751**
(Rev. February 1993)

## Proposed Assessment of Trust Fund Recovery Penalty

(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)

### Report of Business's Unpaid Tax Liability

Name and address of business    T.E. SEIDEL ELECTRIC, INC.
1319 BURTON AVE, SALINAS, CA. 93901

| Tax Return Form No. | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 09-30-95 | 03-06-96 | 04-08-96 | 77-0278294 | $ 238,103.32 | $ 157,689.25 |
| 941 | 03-31-96 | 04-30-96 | 06-24-96 | 77-0278294 | 5,869.54 | 892.84 |
| 941 | 06-30-96 | 10-23-96 | 10-23-96 | 77-0278294 | 0 | 45,645.11 |
| 941 | 09-30-96 | 10-23-96 | 10-23-96 | 77-0278294 | 0 | 7,879.56 |

Total Penalty  $ 601,251.24

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible
THOMAS SEIDEL, 25360 BOOTS RD, MONTEREY, CA. 93940    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

I consent to the assessment and collection of the total penalty shown, which is equal either to the amount of Federal employment taxes withheld from employees wages or to the amount of Federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above; and I waive the privilege of filing a claim for abatement after assessment.

Signature of person responsible

Date 10/30/96

**Part 1** This copy to be signed and returned to Internal Revenue Service

Form **2751** (Rev. 2-93)
Cat. No. 21955U