UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, April 4, 2008
**Case Number:** CV-07-3141-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:            VICKI SEIDEL V. UNITED STATES OF AMERICA

               PLAINTIFF                    DEFENDANT

   **Attorneys Present: Robert Goldstein**      **Attorneys Present: David Denier**

PROCEEDINGS:
   Hearing on Cross-Motions for Summary Judgment held.  Parties are present.
   The motions are taken under submission.  The case management conference is not held.