UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKI SEIDEL,<br>　　　　Plaintiff,<br>V.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case Number CV-07-3141-JF<br><br>Status Conference<br><br>June 13, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on June 13, 2008 at 9:00 a.m., to be heard with the motion in the related case, before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

April 15, 2008　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk