1  ROBERT L. GOLDSTEIN (CSBN 184226)
   LAW OFFICES OF ROBERT L. GOLDSTEIN
2  100 Bush Street, Suite 501
3  San Francisco, California 94104
   Telephone: (415) 391-8710
4  Facsimile: (415) 391-8701

5  Attorney for Plaintiff
6  VICKI R. SEIDEL

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11

| VICKI R. SEIDEL, | ) | Case No.: C-07-3141-JF |
|---|---|---|
| Plaintiff, | ) | **SUPPLEMENTAL CASE** |
| v. | ) | **MANAGEMENT STATEMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Plaintiff, Vicki R. Seidel, by and through her attorney, hereby submits this Supplemental Case Management Statement.  Please be advised that Plaintiff's counsel contacted opposing counsel in an attempt to file a joint statement pursuant to Civil Local Rule 16-9.  However, opposing counsel thought submitting a joint case management statement was not necessary and declined to issue a statement.

Please take note that there have been no changes since the previous Case Management Conference.

Dated: June 10, 2008                            LAW OFFICES OF ROBERT L. GOLDSTEIN

                                                _____,
                                                Robert L. Goldstein, Esq.
                                                Attorney for Plaintiff
                                                VICKI R. SEIDEL