IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKI R. SEIDEL, | Case No. C-07-3141-JF |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

A Summary Judgment having been granted in this matter,

IT IS ORDERED that Judgment shall be entered in favor of Defendant.

DATED: 6/13/08

_____
JEREMY FOGEL
United States District Judge

JUDGMENT